# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:16CR223 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DANIEL LOZA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Daniel Loza-Ramirez (Loza-Ramirez) (Filing No. 24). This case has since been reassigned to the undersigned magistrate judge (Filing No. 30). William J. Bianco, 2426 South 179th Street, Omaha, NE 68130, (402) 933-2477, is appointed to represent Loza-Ramirez for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Bianco with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Loza-Ramirez's defense.

The clerk shall provide a copy of this order to Mr. Bianco, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 16th day of August, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge